| Case | Docket No. | Date | Judge | Disposition |
|---|---|---|---|---|
| A.A., Matter of | 52A02–1611–JC–2684 | 04/19/2017 | BAILEY, J. | Reversed and Remanded |
| | | | VAIDIK, C.J. | Concurs |
| | | | ROBB, J. | Concurs |
| Francis v. EMC Mortgage, LLC | 49A02–1604–MF–830 | 04/19/2017 | BRADFORD, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | RILEY, J. | Concurs |
| Lambert v. Fox | 32A04–1611–DR–2552 | 04/19/2017 | BRADFORD, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | RILEY, J. | Concurs |
| Garden v. State | 49A02–1606–CR–1337 | 04/19/2017 | BRADFORD, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | RILEY, J. | Concurs |
| Tate v. State | 32A01–1611–CR–2589 | 04/19/2017 | BAKER, J. | Affirmed |
| | | | BARNES, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Smith v. State | 49A02–1611–CR–2465 | 04/19/2017 | BAILEY, J. | Affirmed |
| | | | VAIDIK, C.J. | Concurs |
| | | | ROBB, J. | Concurs |
| Cleveland v. State | 71A03–1610–CR–2389 | 04/19/2017 | BAILEY, J. | Affirmed |
| | | | VAIDIK, C.J. | Concurs |
| | | | ROBB, J. | Concurs |
| Staten v. State | 02A03–1611–CR–2612 | 04/19/2017 | BRADFORD, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | RILEY, J. | Concurs |
| J.F., Matter of | 15A04–1608–JT–1805 | 04/24/2017 | MAY, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | BAILEY, J. | Concurs |
| Dixon v. State | 49A02–1606–CR–1400 | 04/24/2017 | VAIDIK, C.J. | Affirmed |
| | | | BRADFORD, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Speer v. State | 79A02–1606–CR–1342 | 04/24/2017 | ALTICE, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Culler v. State | 33A05–1611–CR–2702 | 04/24/2017 | BRADFORD, J. | Affirmed |
| | | | BAILEY, J. | Concurs |
| | | | ROBB, J. | Concurs |